THE PEOPLE OF THE STATE OF NEW YORK ex rel. VILLAGE OF MAMARONECK, Respondent, *v.* PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Defendant, and NEW YORK AND STAMFORD RAILWAY COMPANY, Appellant.

*Railroads — Public Service Commission — when without authority to grant permission to street railway to increase rates of fare.*

*Matter of Vil. of Mamaroneck* v. *Public Service Comm.*, 208 App. Div. 330, affirmed.

(Argued May 13, 1924; decided June 3, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 26, 1924, which reversed an order of Special Term denying a motion for an order of prohibition and granted said motion. The order of the Appellate Division held that the Public Service Commission had no authority to grant permission to the defendant, appellant, to increase its rates of fare for carrying passengers.

*Ralph P. Buell* for appellant.

*Edward E. Franchot* for International Railway Company, *amicus curiæ.*

*J. Henry Esser* for respondent.

*George P. Nicholson, Corporation Counsel (Joseph A. Devery* of counsel), for City of New York, *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, ANDREWS and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., McLAUGHLIN and CRANE, JJ.